IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| REECE COX; and JODY HERTZOG, Plaintiffs, vs. NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY; and DOES 1-25, Defendant. | CV-16-47-BU-BMM **ORDER** |

Pursuant to 28 U.S.C. 363(b)(1)(A), **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Modify Scheduling Order, Doc. 33, is referred to Magistrate Judge John Johnston for a final decision.

DATED this 28th day of March, 2018.

*Brian Morris*

Brian Morris
United States District Court Judge