IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| REECE COX; and JODY HERTZOG, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY; and DOES 1-25, <br><br> Defendant. | CV-16-47-BU-BMM <br><br> **ORDER** |

Upon Plaintiffs' Unopposed Motion to Continue April 2, 2018 Hearing, and with good cause shown, **IT IS HEREBY ORDERED** that the hearing set for **Monday, April 2, 2018 is VACATED and RESET for Monday, April 16, 2018 at 10:00 a.m.** at the Mike Mansfield Federal Courthouse, Butte, Montana. The undersigned will also hear argument on Plaintiffs' Motion to Modify Scheduling Order, Doc. 33 at the April 16, 2018 hearing.

DATED this 28th day of March, 2018.

John Johnston
United States Magistrate Judge