IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED

MAR 28 2018

Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| REECE COX and JODY HERTZOG, | CV-16-47-BU-BMM-JTJ |
| Plaintiffs, | |
| vs. | **ORDER** |
| NORTHWESTERN CORPORATION, d/b/a/ Northwestern Energy | |
| Defendants. | |

Pending before the Court are Defendant's motions to quash and Plaintiffs' motion to compel. (Docs. 26, 30, and 35). IT IS HEREBY ORDERED that on April 5, 2018, the parties shall file a statement with supporting affidavit(s) detailing the attorney fees and costs they have incurred through April 5, 2018, in prosecuting and defending these motions.

DATED this 28th day of March, 2018.

Hon. John T. Johnston
United States Magistrate Judge