IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| REECE COX; and JODY HERTZOG,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY; and DOES 1-25,<br><br>Defendant. | CV-16-47-BU-BMM<br><br>**ORDER** |

**IT IS ORDERED** that, pursuant to L.R. 72.2(b), that this case is referred to United States Magistrate Judge John Johnston for the purpose of conducting mediation between the parties. Arrangements for setting the conference will be made by Judge Johnston..

DATED this 31st day of May, 2018.

Brian Morris
United States District Court Judge

-1-