UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| REECE COX AND JODY HERTZOG,<br><br>               Plaintiffs,<br><br>   vs.<br><br>NORTHWESTERN CORPORATION, d/b/a NORTHWESTERN ENERGY AND DOES 1-25,<br><br>               Defendant. | Case No. CV-16-47-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

  **X**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      In accordance with the Jury Verdict rendered on October 24, 2018, document number 112, Judgment is entered in favor of the Defendant and against the Plaintiffs.

      Dated this 26th day of October, 2018.

                    TYLER P. GILMAN, CLERK

                By:   /s/ S. Redding                             
                                S. Redding, Deputy Clerk